## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: GLEN MILLER and | : | |
| DONNA MILLER, | : | CASE NO.: 16-18153-ref |
| | : | |
| Debtors. | : | CHAPTER 7 |
| | | |
| Glen Miller and Donna Miller, | : | |
|     Plaintiffs | : | Adversary Proceeding |
| | : | No. 18-00221-ref |
|     v. | : | Complaint for Violation of |
| | : | Discharge Injunction |
| | : | |
| ARS National Services, Inc., and | : | 11 U.S.C. § 524 |
| Citibank, N.A. | : | |
|     Defendants | : | |

## NOTICE OF SETTLEMENT

To the Clerk of Courts:

Please be advised that the parties have reached a settlement in the above referenced proceeding. A request for dismissal will be filed within thirty (30) days after the parties consummate the settlement agreement.

Date: <u>November 26, 2018</u>              /s/ Patrick J. Best
                                          Patrick J. Best, Esquire
                                          Attorney for Debtor
                                          ARM Lawyers
                                          18 N. 8th St.
                                          Stroudsburg PA 18360
                                          570-424-6899